```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DERRICK MULLINS                                            :
                                                           :
                              Plaintiff,                   :
                                                           :      22-CV-8400 (VSB)
                     -against-                             :
                                                           :            ORDER
CRAB HOUSE INC. & 661 ASSETS LLC.,                         :
                                                           :
                              Defendants.                  :
                                                           :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 1, 2022, (Doc. 1), and filed an affidavit of service on October 26, 2022, (Docs. 5-7).  The deadline for Defendants to respond to Plaintiff's complaint was November 7, 2022.  (*See* Doc. 6.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intend to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 13, 2023.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 4, 2023
             New York, New York

                                                                                   VERNON S. BRODERICK
                                                                                United States District Judge